75,890-03

February 6th, 2015

Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308, Capital Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 10 2015

Abel Acosta, Clerk

RE: Tr.Ct.No. 2007-CR-9932, Application For Writ of Mandamus to be filed.

Dear Clerk:

   Enclosed please find Movant's Writ Of Mandamus to be filed with the Court at its earliest time available, Thank you.

   I am including the "INDICTMENT" as exhibit of the Charge Movant's case.

   Your assistance in this matter is greatly appreciated.

                              Sincerely,

                              /S/ TERRY TAYLOR TDCJ#1607771
                              Eastham Unit
                              2665 Prison Rd. #1
                              Lovelady, Texas 75851

                                 Relator Pro se

1 of 1

NO._____

TERRY TAYLOR                          §        IN THE 144TH DISTRICT COURT
TDCJ#1607771,
        RELATOR
V.                                    §        OF BEXAR COUNTY , TEXAS
DONNA KAY McKINNEY,
COUNTY DISTRICT CLERK
IN HER OFFICIAL CAPACITY,             §
        RESPONDENT.

## PLAINTIFF'S ORIGINAL APPLICATION WRIT OF MANDAMUS

TO THE HONORABLE JUDGES OF COURT OF CRIMINAL APPEALS:

COMES NOW,TERRY TAYLOR,TDCJ#1607771,Relator,pro se in the above-styled and numbered cause of action and files this Original Application For Writ of Mandamus,pursuant to Article 64.01(c),TEXAS CODE CRIMINAL PROCEDURE,and would show the Court the following:

I.

## RELATOR

TERRY TAYLOR,TDCJ#1607771,is an offender incarcerated in the Texas Department of Criminal Justice-CID,and appearing pro se,who can be located at Eastham Unit,2665 Prison Rd.#1,Lovelady,Texas 75851.

Relator has exhausted his remedies and has no other adequate remedy at law.

The act sought to be compelled is ministerial ,not discretionary in nature. TCCCP.64.01(c) requires Respondent to file Relator's preliminary "MOTION FOR APPOINTMENT OF COUNSEL,to assist Relator in filing his "MOTION FOR DNA TESTING" ,any answers filed,and a certificate reciting the date upon which that finding was made,if the convicting court decides that there are no issues to be resolved. No copy of the Motion for Appointment of Counsel,any answers filed,and a certificate reciting the date upon which that finding was made and have been transmitted to the Relator DENIED of the NOTICE from the District COurt. As required by the MINISTERIAL DUTIES of the District Clerk's Office.

II.

Respondent,Donna Kay McKinney, in her capacity as District Clerk of Bexar County,Texas has a Ministerial Duty to recieve and file all papers in a criminal proceedings and perform all other duties imposed on the Clerk by law pursuant

1

to TCCP art.2.21, and is responsible under this article to comply with and file all papers in criminal proceedings as in the instant case Relator never recieved any answers of his motion for appointment of counsel being DENIED which was filed On October 14,2014.

The District Court of 144th Bexar County,Texas is also in violation of ministerial duties in DENYING Relator's "MOTION FOR APPOINTMENT OF COUNSEL" as per the literal reading of Chapter 64.01(c),plain language.This is a preliminary motion in order to have an attorney appointed to assist Relator with a motion for DNA testing once the attorney has been appointed.

## III.

Relator has gone well beyond any requirements or obligations imposed upon him by the T.C.C.P. In contrast to Relator's efforts,respondent has wholly failed to comply with the Texas Code Criminal Procedure art.2.21,is acting in BAD FAITH ,and has also failed to afford, Relator the professional and common courtesy of any written responses to his correspondence and request. If Respondent violates this procedure,ministerial duties,and thus the laws of the state.Because Relator's letters,Relator has repeatedly put Respondent on NOTICE that Relator seeks the COPIES of date of DENIAL of Relator's preliminary "MOTION FOR APPOINTMENT OF COUNSEL" filed in the District COurt of 144th Bexar County,Texas.As per WINTER-V-PRESIDING JUDGE,118 SW3d 775, [1-3] Furthermore,it says the Court SHALL appoint counsel,if the defendant informs the court he intends to file a motion under Chapter 64,and the Court finds him, indigent,Id. per the literal reading of the statute,the defendant need not ask even to be appointed an attorney. Relator herein met all the criteria for obtaining DNA testing of evidence under Chapter 64 in all of the T.C.C.P. and Court of Criminal Appeals held: "Theissue before us is,when defendant has met the test for appointment of counsel under 64 of the Texas Code Criminal Procedure,whether the convicting court has discretion to "DENY" appointment of counsel. We hold that,notwithstanding the improbability of obtaining relief,appointment of counsel is mandatory.The Court further held at page 775,Winter-V-Presiding Judge,supra Texas Code Criminal Procedure art.64.01 (c)(Vernon Supp.2009),that the article says a person is ENTITLED to counsel under that chapter Id. and the court SHALL appoint counsel for defendant if the defendant informs the Court he intends to file a motion under 64,and

2

the court finds him indigent. Id. per the literal reading of the statute, the defendant need not even ask to be appointed an attorney. The court MUST APPOINT if the TWO (2) basic requirements of Article 64.01(c), T.C.C.P See: Neveu-V-Culver, 105 SW3d 641,642(Tex.Crim.App.2003), defendant TERRY TAYLOR filed a motion informing the court that he is indigent by submitting a declaration of indeigency under penalty of perjury. See In re Rodriguez, 77 SW3d 461. Furthermore, In Robert Whitfield, 430 SW3d 405(Tex.Crim.App.2014), Stated: " But Judge's refusal to appoint counsel for post-conviction dna testing is not an immediate appeallable order under 64.05, because it is preliminary decision that is appropiately reviewed as alleged ERROR after the motion has been denied."

## PRAYER

WHEREFORE PREMISES, CONSIDERED, Relator TERRY TAYLOR, pro se, respectfully request a finding that the Respondent did not comply with the ministerial duties upon her official capacity when she did not give NOTICE to the Relator Mtotion For Appoitment of Counsel and Relator prays for an order directing respondent to any answers filed, and certificates reciting the date of the DENIAL of said motion filed and Relator prays that the Court of Criminal Appeals compells the District Court to Appoint Counsel for Relator to file his Motion for DNA testing in this Capital Murder-other felony charge, and any other relief Relator is entitled to by the laws governing this Statutes.

/S/TERRY TAYLOR-TDCJ#1607771
Pro se Litigant

## CERTIFICATE OF SERVICE

I, TERRY TAYLOR, certify that a true and correct copy of the foregoing document was served on the Court Clerk, for the 144th District Court of Bexar County, Texas Contemporaneous with this delivery, a copy was delivered to the District Attoney of Bexar County representing the State of Texas and assigned to the above-mentioned District Court.

Executed this 6th day of February, 2015.

/S/TERRY TAYLOR-TDCJ#1607771
Relator Pro se

3

STATE OF TEXAS                §

HOUSTON COUNTY, TEXAS §

# A F F I D A V I T

I, TERRY TAYLOR, being presently incARCERATED AT THEEastham Unit, 2665 Prison RD. #1, Lovelady, Texas 75851, do declare under penalty of perjury the facts and allegations in the above APPLICATION FOR WRIT OF MANDAMUS are true and correct.

Executed this 6th day of February, 2015.

/S/TERRY TAYLOR-TDCJ#1607771

RELATOR/AFFIANT

CIVIL PRACTICE AND REMEDIES CODE, TITLE 6, CHAPTER 132 V.T.C.A..

A WRITTEN UNSWORN DECLARATION MADE AS PROVIDED BY THIS CHAPTER BY AN INMATE IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE-CID MAY USE IN LIEU OF AN OATH REQUIRED TO BE TAKEN BEFORE A NOTARY PUBLIC.

NO._____

| | | |
|---|---|---|
| TERRY TAYLOR | § | IN THE 144TH JUDICIAL |
| TDCJ#1607771 | | |
| RELATOR | § | |
| VS. | § | DISTRICT COURT OF |
| DONNA KAY McKINNEY, | § | |
| COUNTY DISTRICT CLERK | | |
| IN HER OFFICIAL CAPACITY, | § | BEXAR COUNTY , TEXAS |
| RESPONDENT. | § | |

## O R D E R

On this day, came to be heard the following Relator's Application for Writ of Mandamus and it appears to the Court that the same should be:

_____GRANTED

IT IS THEREFORE ORDERED THAT the District Clerk shall immediately transmit to Relator a copy of the DENIAL of Relator's preliminary Motion For Appointment of Counsel, any answers filed, and a certificate reciting the date upon which that transmittal was made.

SIGNED on this the____day of _____,2015.

_____
PRESIDING JUDGE

1 of 1

**CLERK'S ORIGINAL**

**Name:** TERRY TAYLOR

**Address:** 415 Bundy, San Antonio, TX  78220-2303

**Complainant:** Mariano Sanchez

**CoDefendants:**

**Offense Code/Charge:** 090114 - CAPITAL MURDER - OTHER FELONY

| | | |
|---|---|---|
| **GJ:** 476675 | **PH Court:** | **Court #:** 399th |
| **JN #:** 1261110-1 | **SID #:**586269 | **Cause #:** 2007-CR-9932 |

**Witness:  State's Attorney**



FILED

_____ O'CLOCK _____ M

NOV 0 1 2007

MARGARET G. MONTEMAYOR
DISTRICT CLERK
BEXAR COUNTY, TEXAS

DEPUTY

### TRUE BILL OF INDICTMENT

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS, the Grand Jury of Bexar County, State of Texas, duly organized, empanelled and sworn as such at the September term, A.D., 2007, of the 399 TH Judicial District Court of said County, in said Court, at said term, do present in and to said Court that in the County and State aforesaid, and anterior to the presentment of this indictment, and:

on or about the 11th Day of July, 2007, TERRY TAYLOR, hereinafter referred to as defendant, did intentionally cause the death of an individual, namely,  Mariano Sanchez, hereinafter referred to as complainant, by SHOOTING THE COMPLAINANT WITH A DEADLY WEAPON, NAMELY, A FIREARM, and the defendant was in the course of committing or attempting to commit the offense of ROBBERY OF Mariano Sanchez;

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman of the Grand Jury

**INDICTMENT – CLERK'S ORIGINAL**

EXHIBIT "A"